UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NRRM, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:23CV1133   HEA |
| | ) |
| MVF US LLC, et al, | ) |
| | ) |
| | ) |
|     Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the scheduling conference pursuant to Fed.R.Civ.P. 16, is vacated.   The Case Management Order will be issued based on the dates provided by the parties in their Joint Proposed Scheduling Plan.

Dated this 4th day of April, 2024.

                                                          HENRY EDWARD AUTREY
                                           UNITED STATES DISTRICT JUDGE